# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

Randal Strauss and
Diane Strauss,

        Plaintiffs,

        v.        Case No. 11-CV-981

Chubb Indemnity Insurance Company,
Vigilant Insurance Company,
Federal Insurance Company, and
Great Northern Insurance Company,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** Pursuant to the stipulation of the parties and the order of this court,

IT IS ORDERED AND ADJUDGED:

1. Judgment is entered on Plaintiffs Randal Strauss' and Diane Strauss' declaratory judgment claims against Chubb Indemnity Insurance Company, Vigilant Insurance Company, Federal Insurance Company, and Great Northern Insurance Company , jointly and severally, in the amount of Seven Hundred Thirty-Three Thousand Five Hundred and 00/100 Dollars ($733,500.00);

2. Plaintiffs Randal Strauss' and Diane Strauss' claims against Chubb Indemnity Insurance Company, Vigilant Insurance Company, Federal Insurance Company, and Great Northern Insurance Company for "bad faith" and statutory interest are dismissed with prejudice;

3. No costs are awarded to any party; and

4. This judgment constitutes a final judgment that fully and finally resolves all issues in this

case before this Court between the Strausses and Chubb Indemnity Insurance Company, Vigilant Insurance Company, Federal Insurance Company, and Great Northern Insurance Company.

Date: July 1, 2013

Jon W. Sanfilippo, Clerk of Court
EASTERN DISTRICT OF WISCONSIN
(By) Deputy Clerk, s/ D. Olszewski

Approved this 1st day of July, 2013.

_____
AARON E. GOODSTEIN
United States Magistrate Judge