# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

RANDAL STRAUSS and
DIANE STRAUSS,

        Plaintiffs,

        Case No.: 11-CV-00981

        v.

CHUBB INDEMNITY INSURANCE COMPANY,
VIGILANT INSURANCE COMPANY,
FEDERAL INSURANCE COMPANY, and
GREAT NORTHERN INSURANCE COMPANY,

        Defendants.

RANDAL STRAUSS, and
DIANE STRAUSS,

        Plaintiffs,

        v.

CHARTIS PROPERTY CASUALTY COMPANY,

        Defendant.

## SATISFACTION OF JUDGMENT

Judgment was rendered in this action in favor of Randal Strauss and Diane Strauss and against Chubb Indemnity Insurance Company, Vigilant Insurance Company, Federal Insurance Company, and Great Northern Insurance Company (collectively the "Chubb Defendants"), in the amount of Seven Hundred Thirty-Three Thousand Five Hundred and 00/100 Dollars ($733,500.00), which judgment was entered on the docket in the United States District Court for the Eastern District of Wisconsin on July 1, 2013.

Randal Strauss and Diane Strauss, the owners of the judgment, acknowledge full payment and satisfaction of the judgment by the Chubb Defendants and hereby release and discharge the judgment.

Dated January 28, 2015.

HALLOIN & MURDOCK, S.C.
Attorneys for Plaintiffs Randal Strauss and
Diane Strauss


s/ Andrea L. Murdock
Scott R. Halloin
State Bar No. 1024669
Anthony K. Murdock
State Bar No. 1054531
Andrea L. Murdock
State Bar No. 1051899

HALLOIN & MURDOCK, S.C.
839 North Jefferson Street
Suite 503
Milwaukee, WI 53202
p 414-732-2424
f  414-732-2422
shalloin@halloinmurdock.com
amurdock@halloinmurdock.com
andrea.murdock@halloinmurdock.com
S:\Clients\Strauss, Randal\Chubb et al (11-CV-981 Eastern District WI) (Consolidated)\Satisfaction of Judgment (Ex. B) (FINAL VERSION).wpd

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system and that the foregoing is available on the ECF system for viewing and downloading. The ECF system will send a notice of electronic filing to the following:

Todd S. Schenk, Esq.
Ann E. O'Connor, Esq.
Nicolas C. Mesco, Esq.
Tressler, LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606

Frederick J. Strampe, Esq.
Borgelt, Powell, Peterson & Frauen, S.C.
735 North Water Street
Fifteenth Floor
Milwaukee, WI 53202


s/ Andrea L. Murdock

3